IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DON RICARD, *an individual*

      Plaintiff,

v.

KLAMATH COUNTY BY AND THROUGH SARAH R. HILL, *et al*,

      Defendant.

Case No. 1:19-cv-01881-CL

JUDGMENT

MCSHANE, Judge:

    Based on the record, this case is dismissed with prejudice.

IT IS SO ORDERED.

    DATED this 29th day of November, 2023.

                                          s/Michael J. McShane  
                                          Michael McShane  
                                   United States District Judge

JUDGMENT